IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROBERT JOHNSON,   Case No.: 1:12-CV-888

    Plaintiff,   Judge Timothy S. Black
Magistrate Judge Karen L. Litkovitz

vs.

HENSLEY INDUSTRIES, INC.,

    Defendant.

_____

**CONDITIONAL ORDER OF DISMISSAL**
_____

    The Court having been advised by Magistrate Judge Karen L. Litkovitz that this case has successfully mediated on September 6, 2013 and settled in the Court's presence;

    It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated.  Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

    The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

    **IT IS SO ORDERED**.

Dated: 9/6/2013       _s/ Timothy S. Black_____
Timothy S. Black
United States District Judge